UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00223-MOC-DLH

| | |
|---|---|
| MICHAEL A. IANNUCCI<br>MARGE IANNUCCI,<br><br>      Plaintiffs,<br><br>Vs.<br><br>AMANDA CHIOTA<br>CVS RX SERVICES, INC.<br>DIANA HARDIN<br>PATRICIA ETHRIDGE<br>DAVID SANFORD<br>MATT WEAD<br>KELLY GRAY,<br><br>      Defendants. | ORDER |

**THIS MATTER** is before the court on review of a Memorandum and Recommendation issued in this matter. In the Memorandum and Recommendation, the magistrate judge advised the parties of the right to file objections within 14 days, all in accordance with 28, United States Code, Section 636(b)(1)(c). No objections have been filed within the time allowed.[1]

The *Federal Magistrates Act of 1979*, as amended, provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may be dispensed with." Orpiano v.

---

[1] Plaintiffs filed a "Response to Court's Order," which does not appear to be an Objection and cannot reasonably be interpreted to be an Objection inasmuch as the magistrate judge's recommendations are all favorable to plaintiffs. The court deems such "Response" to be a further brief in support of plaintiffs' Motion to Amend (#11), which has in the interim been resolved by the magistrate judge.

Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Id. Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the court has conducted a careful review of the magistrate judge's recommendation.

After such careful review, the court determines that the recommendation of the magistrate judge is fully consistent with and supported by current law. Further, the brief factual background and recitation of issues is supported by the applicable pleadings. Based on such determinations, the court will fully affirm the Memorandum and Recommendation and grant relief in accordance therewith.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#12) is **AFFIRMED,** defendant CVS Rx Services, Inc.'s Motion to Dismiss (#3) is **DENIED.**

Signed: April 27, 2016

Max O. Cogburn Jr
United States District Judge