# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Michael A. Iannucci<br>Marge Iannucci**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00223-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Chiota et al | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2016 Order.

September 14, 2016

_____
Frank G. Johns, Clerk
United States District Court